# EXHIBIT E

**Sam Williams**

| | |
|---|---|
| **From:** | Dirk MONIC sarl <dirk@monic.lu> |
| **Sent:** | Thursday, November 30, 2023 12:08 PM |
| **To:** | rodney@verivend.com |
| **Subject:** | Fwd: LG00900: MONIC SARL /JM EQUITY VENTURE LLC |

Mat beschte Gréiss,
Salutations distinguées,
# Mit freundlichen Grüßen,
Met vriendelijke groet,
Best regards,


Dirk Schepens


Mobile:   +352 691 691 444
Mail:       dirk@monic.lu



Sent with my iPhone

Begin forwarded message:

> **From:** jake@beyondbroke.com
> **Date:** 20 November 2023 at 16:36:45 CET
> **To:** Dirk SCHEPENS <dirk@monic.lu>
> **Cc:** BROTTES <brottes@lextrust.lu>, GOSLINGS Lars <goslings@lextrust.lu>
> **Subject: RE: LG00900: MONIC SARL /JM EQUITY VENTURE LLC**
>
>
> Dirk,
>
> Please see below:
> Verivend has the funds and is moving the funds back into my account.
> I will be removing them as we discussed and sending them myself asap.

1



Respectfully,
Jake Claver

---

**From:** GOSLINGS Lars <goslings@lextrust.lu>
**Sent:** Monday, November 20, 2023 8:56 AM
**To:** Rick Tapia <rick@bullblockchainlaw.com>; jake@beyondbroke.com
**Cc:** Dirk SCHEPENS <dirk@monic.lu>; BROTTES <brottes@lextrust.lu>
**Subject:** LG00900: MONIC SARL /JM EQUITY VENTURE LLC
**Importance:** High

Dear Rick,
Dear Jake,

With reference to our earlier communications, we regret to inform you that the funds have still not been credited to our client's account.

As, according to Jake, the funds seem to have been debited from the account of JM EQUITY VENTURE LLC, please do kindly provide us with a proof of payment with respect to the transfer, in order to allow Dirk to on his side follow-up on it with his bank.

Please do not hesitate to contact us for any further information.

Thanking you for your swift reply and collaboration, we remain.

Kind regards,

Lars



**Lars R. GOSLINGS**
AVOCAT A LA COUR
Partner

M +352 691 655 400
E  goslings@lextrust.lu

**LEXTRUST**
AVOCATS A LA COUR

24, Av. Marie-Thérèse
L-2132 Luxembourg
GD. Luxembourg

T  +352 27 21 41-1
F  +352 27 21 41 99
www.lextrust.lu

The contents of this e-mail message are confidential and exclusively intended for the addressee. If you are not the addressee of this e-mail message (or the person responsible for passing on the message to the addressee) you are not allowed to read, print, copy, alter or forward this message. In that case, you are to delete this message immediately and you are kindly requested to inform the sender of this message by means of a reply-message.
Opinions, conclusions and other information in this message that are irrelevant to the normal provision of services by LEXTRUST are in no way subscribed to by our firm.

Ce message email, son contenu et toute pièce jointe sont confidentiels et destinés uniquement au destinataire. Ils doivent être protégés contre toute divulgation. Si vous n'êtes pas le destinataire de ce message email (ou la personne responsable de sa transmission au destinataire) il ne vous est pas permis de copier ou de modifier ce message, de prendre connaissance de son contenu et des pièces qui y sont jointes ni communiquer son contenu et les pièces jointes à une tierce personne. Si vous n'êtes pas le destinataire de ce message, merci de téléphoner ou d'envoyer un email à l'expéditeur et de détruire ce message et toute pièce jointe.
Les opinions, conclusions et autre information contenues dans ce message qui ne relèvent pas de la prestation de services normale de LEXTRUST ne sont en aucune façon souscrites par notre cabinet.

www.lextrust.lu



17:05    4G

< Inbox    ⌃    ⌄

Found in Dirk MONIC Lux Inbox

**jake@beyondbroke.com**    05/11/2023
To: Dirk MONIC sarl >

## Signed Agreement

Dirk,

See attached.
Finally got it scanned!
LOL

Jake Claver

> pdf
> JM -- Xspe...eement.pdf
> 8,7 MB



17:13    4G

‹ Inbox    2 Messages    ⌃ ⌄

Found in Dirk MONIC Lux Inbox

RT    **Rick Tapia**    Monday
To: GOSLINGS, BB & 3 more... ›

## Re: LG00900: MONIC SARL /JM EQUITY VENTURE LLC: Payment to MONIC SARL

Dirk and Lars,

I am writing on behalf of Jake and JM Equity Venture LLC, regarding the Convertible Loan Agreement executed between Monic Sarl and JM Equity Venture LLC. Jake is very ill, and we will not be able to attend the meeting that was scheduled this morning. This letter addresses an unforeseen and significant change in circumstances that directly impacts my client's ability to fulfill its original obligations under the said agreement.

Due to unforeseen events, specifically the withdrawal of key investors, my client finds itself in a position where it is unable to meet the originally agreed-upon financial commitments. This development was unexpected and beyond my client's control and necessitated reevaluating their current capabilities and commitments.

**18:05**                                    4G

< Inbox              **4 Messages**          ∧   ∨

jake@beyondbroke.com        20/11/2023
To: Dirk   Cc: BROTTES, GOSLINGS >

# RE: LG00900: MONIC SARL /JM EQUITY VENTURE LLC

Dirk,

Please see below:
Verivend has the funds and is moving the funds back into my account.
I will be removing them as we discussed and sending them myself asap.



Respectfully,
Jake Claver