# EXHIBIT F





21:10

◀ Search

‹ 1    **Jake Claver**

19:52

Sat, 4 Nov

Sun, 5 Nov

**Received mail thx**  08:02 ✓✓

**How are things going?
How was response mail?
Since then new people that
engaged and will participate?**  08:03 ✓✓

Good!
Recieved another small investment
from a client friday to put us at 3.2
commited and over 1mil colleted.
Still on going conversations for the
rest  14:40

**Ok that's a good start... long way
to 6M 🤪
LFG 🔥**  15:06 ✓✓

Lol you're telling me! Thats still not
couting the other 800k if i can get
the loans against xrp figured out  19:28

We will get there  19:28

👍

2



























**Jake Claver**

Wed, 15 Nov

Our planning has been updated on 6M and engaging more staff and some acquisition talks... so 3 or 6 means a big change in how and what our approach and speed of things will be    12:17

I'm Glad to be able to help! Excited to see everything roll out and where you take this!    12:20

If we hit 6+M we will be able to shift gears instantly and have some major announcements    12:20

Next we will announce two new team members that have impressive track record    12:20

And for investors: I have two deals in companies that we can take a big stake (30%+) in for a relatively low amount and that will be huge    12:21

But again... it depend on where you get us... timing is important and need to get these things done asap or missing opportunities

14



















| 11/10/2023 | Authorized | 1 of 1 | International Wire - Tracking ID: 3319241 | Settlement XXXXXX7000 | $875,000.00 |

| | | | |
|---|---|---|---|
| Tracking ID: | 3319241 | Amount: | $875,000.00 |
| Created: | 11/10/2023 15:13 | Recipient Wire Name: | MONIC SARL |
| Created By: | Rodney Reisdorf | | |
| Authorized: | 11/10/2023 15:13 | Recipient Address 1: | 70, Grande-Rue |
| Authorized By: | Rodney Reisdorf | Recipient Address 2: | |
| Will Process on: | 11/13/2023 | Recipient City: | Troisvierges |
| From Account: | Settlement XXXXXX7000 | Recipient Country: | Luxembourg |
| IBAN: | LT563250036790574706 | Recipient Zip: | L-9905 |
| To Account Type: | Checking | Beneficary FI ID: | REVOLT21 |
| Originator Wire Header: | VERIVEND INC. | Beneficary FI Name: | REVOLUT BANK UAB |
| Message to Benificary: | Convertible loan | Beneficary FI Address 1: | Konstitucijos ave. 21 B |
| | | Beneficary FI Address 2: | |
| | | Beneficary FI City: | Vilnius |
| | | Beneficary FI Country: | Lithuania |
| | | Beneficary FI Zip: | 08130 |









