# EXHIBIT G

```
WEBVTT

1
00:00:12.660 --> 00:00:14.660
Jacob Claver: Jake morning. How's it going?

2
00:00:15.290 --> 00:00:16.700
Rodney Reisdorf: Think we have a problem?

3
00:00:16.920 --> 00:00:17.790
Jacob Claver: What's up?

4
00:00:18.250 --> 00:00:21.030
Rodney Reisdorf: So I got a call from Barrack.

5
00:00:21.250 --> 00:00:23.170
Rodney Reisdorf: Sheppam's in Belgium.

6
00:00:23.450 --> 00:00:24.190
Jacob Claver: Okay?

7
00:00:24.610 --> 00:00:30.850
Rodney Reisdorf: And he provided me a lot of questionable information that you sent
him with veravan dot

8
00:00:33.650 --> 00:00:41.429
Rodney Reisdorf: screenshots of Erwin balances wire confirmations with my name and
Veravon's name on it that we never sent. So we wanna figure out what's going on.

9
00:00:50.660 --> 00:00:52.189
Jacob Claver: I've settled up with him.

10
00:00:52.680 --> 00:00:57.759
Jacob Claver:  I misled him.

11
00:00:58.410 --> 00:00:59.680
Jacob Claver: and

12
00:01:03.930 --> 00:01:05.069
```

```
Jacob Claver: shouldn't have done that

13
00:01:07.470 --> 00:01:15.530
Rodney Reisdorf: all right? Well, I mean, whatever's between you and him now
involves us, because now that that fabricated wire confirmation has my name and
Veravon's name on it.

14
00:01:17.680 --> 00:01:19.540
Jacob Claver: Understand?

15
00:01:20.110 --> 00:01:21.040
Rodney Reisdorf: so

16
00:01:21.160 --> 00:01:27.279
Rodney Reisdorf: just to be clear with you, we have shut off all of your access to
air, Van, because we can't trust this relationship anymore.

17
00:01:27.390 --> 00:01:28.390
Jacob Claver: I understand.

18
00:01:29.530 --> 00:01:43.350
Rodney Reisdorf: And I need. We need to know, like what funds you've raised and what
funds have gone to, where? Because now, if we're implicated in this, that's a huge
concern for us

19
00:01:43.480 --> 00:01:45.270
Jacob Claver: dealing with him. And we've settled.

20
00:01:46.940 --> 00:01:54.030
Rodney Reisdorf: Okay. I mean, I talked to him for about 30 min this morning. It
sounds like that's not the case. II didn't share any details

21
00:01:54.080 --> 00:02:02.130
Rodney Reisdorf: with him about you, cause you're technically our customer. But he
seems very concerned that he was promised an investment that he never received.

22
00:02:02.740 --> 00:02:04.930
Rodney Reisdorf: and he sent me a bunch of screenshots

23
```

```
00:02:05.290 --> 00:02:14.660
Rodney Reisdorf: of conversations between you and him, and screenshots that you send him. A Vera shows verb and wallet balances, but I don't believe we're raised, for on his behalf

24
00:02:14.810 --> 00:02:15.689
Jacob Claver: they were not

25
00:02:16.850 --> 00:02:29.049
Jacob Claver:  okay, he that is not what he said was going to happen.

26
00:02:29.520 --> 00:02:36.410
Jacob Claver:  And now I've been extorted out of about

27
00:02:36.700 --> 00:02:38.380
Jacob Claver: $300,000.

28
00:02:43.750 --> 00:02:50.959
Rodney Reisdorf: So I mean II look back, Jake, and all the money that you raised, I believe, where White was wired out to Equities End.

29
00:02:51.010 --> 00:03:00.080
Rodney Reisdorf: and there was never an international wire to Lithuania for monic starl for 875 on the tenth of November, like he sent me a screenshot, so

30
00:03:01.400 --> 00:03:03.660
Rodney Reisdorf: we need to know, like what's what's going on.

31
00:03:05.140 --> 00:03:13.390
Jacob Claver: I made promises to him, and did not raise the money in time, and was being pressured and and made poor choices. That that's what went on.

32
00:03:14.290 --> 00:03:23.239
Rodney Reisdorf: Was there an entity that you have on Veravon that you were you were planning on raising this money through, because he mentioned something about expect.

33
00:03:23.430 --> 00:03:27.609
Rodney Reisdorf: Okay? Cause we look back, and there hasn't been any transactions through that.
```

```
34
00:03:30.400 --> 00:03:40.199
Rodney Reisdorf: So the other Jm. Equity venture orgs that you've raised money
through, that you've asked us to send out wires to Equities end. I mean was that for
legitimate investments in equities end for those

35
00:03:40.610 --> 00:03:42.240
Jacob Claver: normal. Yes.

36
00:03:43.420 --> 00:03:44.280
Rodney Reisdorf: okay.

37
00:03:45.920 --> 00:03:55.139
Rodney Reisdorf: well, like, I said, I mean, we, we've gotta sever this
relationship, because we can't have you using bear event in our name to promise and

38
00:03:55.270 --> 00:03:58.040
Rodney Reisdorf: provide information. That's not factual to him.

39
00:03:58.670 --> 00:03:59.570
Jacob Claver: Understand?

40
00:04:01.590 --> 00:04:10.910
Rodney Reisdorf: Alright, I'm I'm gonna have to send you a formal notification like
we did the first time with Syndicate Lee. And I, you know.

41
00:04:11.660 --> 00:04:25.709
Rodney Reisdorf: hope that this doesn't go any further. I'm going to leave it
between you and him. But it's going to be really, really disappointing if this now
implicates us because you used our platform to provide information to him.

42
00:04:26.260 --> 00:04:36.249
Rodney Reisdorf:  II do owe him a call back

43
00:04:36.610 --> 00:04:46.039
Rodney Reisdorf: and I cause he sent me all this information and asked me to verify
it. So whether you want me to tell him that, or whether you want to.

44
00:04:46.120 --> 00:04:54.419
Rodney Reisdorf: II do not want to get involved anymore than I need to in other
```

places. But he he does. He needs to know that what you provided him was not correct.

45
00:04:54.730 --> 00:04:58.239
Jacob Claver: What was what was the context of the conversation this morning

46
00:04:58.760 --> 00:05:23.250
Rodney Reisdorf: he called our our internal, like our just external sales line number, and spoke to one of our sales reps, and then started questioning where money was because he received screenshots from Vervend, and where you know you saying that you know, Rodney said that the bank fat finger the Ivan, and he's got confirmations, so my sales Rep gave me his direct number, and I called him, and I had a long conversation with him, and

47
00:05:23.360 --> 00:05:30.400
Rodney Reisdorf: I asked him to send me everything that he has on on this, and that was from bear event, and he sent me,

48
00:05:30.460 --> 00:05:32.449
you know, a plethora of screenshots.

49
00:05:37.050 --> 00:05:37.800
Jacob Claver: I

50
00:05:39.440 --> 00:05:41.210
Jacob Claver: don't know why that took place.

51
00:05:42.280 --> 00:05:50.100
Jacob Claver:  Well, I mean, if you were telling him money was being raised through Vervend, I can see why he called, I understand, but he

52
00:05:50.700 --> 00:05:53.960
Rodney Reisdorf: told me he gave him a wire confirmation, Jake, with my name on it

53
00:05:54.110 --> 00:05:57.030
Rodney Reisdorf: that never happened. That's why he called us.

54
00:05:59.370 --> 00:06:02.700
Jacob Claver: I'm just saying I thought it was settled yesterday, and I'm

55

```
00:06:03.980 --> 00:06:04.950
Jacob Claver: I'm sorry.

56
00:06:06.620 --> 00:06:12.849
Rodney Reisdorf: alright. Well, between you and him it doesn't seem to be settled.
So like I said, I'm gonna send.

57
00:06:13.000 --> 00:06:15.639
Jacob Claver: I completely understand.

58
00:06:16.100 --> 00:06:30.199
Rodney Reisdorf: Alright, and I think it goes without saying. But I will say,
anyway, we're not going to be moving forward with Syndicate Lee to support you guys,
because this can't happen. I mean, we're trying to really make sure that everything
on our platform is legitimate, and it always has been, and

59
00:06:30.600 --> 00:06:32.629
Rodney Reisdorf: it can't. It's got to be that way.

60
00:06:32.840 --> 00:06:33.700
Rodney Reisdorf: Okay, sir.

61
00:06:34.370 --> 00:06:37.029
Rodney Reisdorf: Alright. Well, if we need anything else,

62
00:06:37.150 --> 00:06:42.699
Rodney Reisdorf: W, we'll have to talk again. But at this point we're just gonna
terminate the relationship immediately.

63
00:06:43.020 --> 00:06:43.750
Jacob Claver: Got it.

64
00:06:44.380 --> 00:06:46.970
Rodney Reisdorf: Okay? Alright, I missed anything, John.

65
00:06:48.290 --> 00:06:54.970
Jonathan Ebel: No you and I'll have to take a look at outstanding wall balances, and
we'll we'll figure out what to do next.

66
```

```
00:06:55.440 --> 00:06:57.590
Rodney Reisdorf: Okay. alright.

67
00:06:57.840 --> 00:06:59.769
Jonathan Ebel: we'll let you know, Jake.

68
00:07:00.710 --> 00:07:02.090
Rodney Reisdorf: Thanks.
```