# EXHIBIT I

# Sam Williams

| | |
|---|---|
| **From:** | Sam Williams |
| **Sent:** | Tuesday, December 12, 2023 5:14 PM |
| **To:** | Sam Williams |
| **Subject:** | FW: Privileged & Confidential - Verivend |

**From:** Seth Page <seth@throughput.ai>
**Date:** Monday, December 4, 2023 at 6:23 PM
**To:** Rodney Reisdorf <rodney@verivend.com>
**Cc:** seth@throughput.ai <seth@throughput.ai>
**Subject:** RE: Call request

Here's the confirmation details we received. UBS never received. Not sure the issue may be at Verivend or elsewhere in the process?


**From:** Jacob Claver <claver.capital21@gmail.com>
**Sent:** Monday, November 13, 2023 8:06 AM
**To:** seth@throughput.ai
**Subject:** Re: ThroughPut.AI wire instructions

Seth,

Please see below wire confirmation

1

| 11/13/2023 | Authorized | 1 of 1 | Domestic Wire - Tracking ID: 3303465 | Settlement XXXXXX7000 | $1,100,000.00 |
|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Tracking ID: | 3303465 | | Amount: | $1,100,000.00 |
| Created: | 11/13/2023 9:24 | | Recipient Wire Name: | ThroughPut, Inc. |
| Created By: | Jon Ebel | | Recipient Address 1: | 1000 Harbor Blvd |
| Authorized: | 11/13/2023 9:25 | | Recipient Address 2: | |
| Authorized By: | Jon Ebel | | Recipient City: | Weehawken |
| Will Process on: | 11/13/2023 | | Recipient State: | NJ |
| From Account: | Settlement XXXXXX7000 | | Recipient Zip: | 07086 |
| To Account: | XXXXXXXXX1000 | | Beneficary FI ID: | XXXXX7998 |
| To Account Type: | Checking | | Benificary FI Name: | UBS Financial Services Inc. |
| Originator Wire Header: | VERIVEND INC. | | Beneficary FI Address 1: | 1000 Harbor Blvd |
| Message to Benificary: | ThroughPut, Inc. - SAFE | | Beneficary FI Address 2: | |
| | | | Beneficary FI City: | Weehawken |
| | | | Beneficary FI State: | NJ |
| | | | Beneficary FI ZIP: | 07086 |

**From:** Seth Page <seth@throughput.ai>
**Sent:** Monday, December 4, 2023 3:40 PM
**To:** 'Rodney Reisdorf' <rodney@verivend.com>
**Cc:** seth@throughput.ai
**Subject:** RE: Call request

Hi Rodney,

Received a note from Tim H. at Steel Bridge Labs and we spoke briefly.

A back-to-back Zoom Monday as usual. In the office the rest of today and most of the rest of the week besides some meetings in the morning usually and mid/later afternoons again.

Seth

**Seth Page**

**COO | Co-Founder**



e: seth@throughput.ai
m: (+1) (415) 290-9999
w: www.throughput.ai
LinkedIn: www.linkedin.com/in/sethpage/
WhatsApp: Seth Page

---

**From:** Rodney Reisdorf <rodney@verivend.com>
**Sent:** Monday, December 4, 2023 11:47 AM
**To:** seth@throughput.ai
**Subject:** Re: Call request

Seth – Trying this email in addition to the one I sent before. Could you please give me a call at your convenience? You can reach me directly at 716-472-9559. There is a matter I'd like to discuss with you.

Best,

Rodney Reisdorf
Co-Founder & CEO | Verivend
www.verivend.com
Mobile: 716-472-9559
Office: 716-259-1044
rodney@verivend.com