UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

VERIVEND INC.,

            Plaintiff,

    v.

JACOB LEVI CLAVER and
DIGITAL ASCENSION GROUP LLC,

            Defendants.
_____

**ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION**

Civil Index No. 1:23-cv-01289

        Plaintiff Verivend Inc. ("Verivend"), having moved this Court for an Order pursuant to Rule 65 of the Federal Rules of Civil Procedure for a preliminary injunction and such other and further relief as may be just and proper, and the motion having come to be heard on _____;

        NOW, upon reading Verivend's motion for temporary restraining order and preliminary injunction, together with all supporting papers, including the Declaration of Rodney R. Reisdorf, dated December 14, 2023, with exhibits; the accompanying memorandum of law; the Complaint; Verivend's motion for an expedited hearing; the Declaration of Jeffrey D. Coren, dated December 14, 2023, with exhibits; and all prior submissions and proceedings in this action; and after due deliberation having been held thereon, Verivend's motion for a preliminary injunction is GRANTED.  The Court holds that Verivend is likely to succeed on the merits; Verivend will likely suffer irreparable harm without injunctive relief; the balance of equities favors Verivend; and granting a preliminary injunction is in the public interest.

- 2 -

It is therefore ORDERED that, pending a final judgment on the merits in this action, Defendants and their officers, agents, employees, and all persons acting on their behalf, are restrained and enjoined from (a) using Verivend's trademarked name; (b) violating Verivend's intellectual property rights; (c) using the unauthorized "verivend.support" domain or using/registering other domains that are confusingly similar to Verivend's trademarked name; (d) impersonating Verivend or its employees; (e) fabricating or manipulating documents purportedly related to Verivend, including Verivend wallets or wire transfer confirmations; (f) representing themselves as customers of Verivend or otherwise related to Verivend; and (g) making knowingly false statements to third parties regarding Verivend or its business practices; and

It is further ORDERED that no bond shall be required in this matter and Verivend shall not be required to post a bond in any amount; and

It is further ORDERED that service of a copy of this Order, by overnight delivery to Defendants at the addresses listed in the Summons and by e-mail to jake@digitalfamilyoffice.io, no later than _____, will constitute sufficient service of this Order.

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Buffalo, New York
December ___, 2023

Doc #11584836