UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

———————————————————————

| | |
|---|---|
| VERIVEND INC., | **DECLARATION OF JEFFREY D. COREN IN SUPPORT OF MOTION FOR EXPEDITED HEARING** |
| Plaintiff, | |
| v. | |
| JACOB LEVI CLAVER and DIGITAL ASCENSION GROUP LLC, | Civil Action No.: 1:23-cv-01289 |
| Defendants. | |

———————————————————————

JEFFREY D. COREN declares, pursuant to 28 U.S.C. §1746, as follows:

1. I am Special Counsel with the firm of Phillips Lytle LLP, attorneys for Plaintiff Verivend Inc. ("Verivend").

2. I submit this declaration in support of Verivend's motion for an expedited hearing pursuant to Fed. R. Civ. P. 6(d) and Loc. R. Civ. P. 7.1(d) on Verivend's motion for a temporary restraining order and a preliminary injunction (the "Motion"). A copy of the Motion papers are attached as **Exhibit A**.[1]

3. There is good and sufficient reason for an expedited schedule for briefing and argument of the Motion.

4. As more fully explained in the Motion, Verivend operates a payment processing platform for businesses to raise capital, pay distributions, and deploy capital. Defendant Jacob Levi Claver ("Claver") registered an unauthorized domain using

---

[1] Unless otherwise defined, capitalized terms have the meanings ascribed to them in the Motion. "Reisdorf Decl." refers to the Declaration of Rodney R. Reisdorf, dated December 14, 2023, submitted in connection with the Motion.

Verivend's trademarked name, which is confusingly similar to the official Verivend domain. Claver then created an email address impersonating Verivend and its employees, and used that deceptive email address to manufacture fake Verivend wire transfer confirmations. Claver also sent emails and text messages to third-party companies with images of purported wire transfers approved by Verivend, and blamed Verivend for delayed or failed wire transfers.  In actuality, however, Claver fabricated the purported wire transfers and his conversations with Verivend, which never occurred.  Reisdorf Decl. ¶¶ 19-59.

5.     Verivend's Motion should be expedited because Verivend has suffered and continues to suffer irreparable harm, including infringement of its trademark, damage to its goodwill and business reputation, and the loss of potential customers.

6.     Accordingly, Verivend respectfully requests that the Court grant an expedited hearing on its Motion.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  December 14, 2023
        Buffalo, New York

_____
JEFFEREY D. COREN

Doc #11584929.1